UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x
Green Mountain Realty Corp.          :
                                     :
           Plaintiff,                :
                                     :   CASE NO. 04-40021
    vs.                              :
                                     :
The Town of Sturbridge of Massachusetts, the :
Zoning Board of Appeals of the Town of :
Sturbridge, Massachusetts, and Ginger Peabody, :
Theophile Beaudry, Mary Blanchard, Jeff Bonja, :
Robert Cornoni, Patricia Jeffries and Gary Jeznach, :
in their capacities as Members of the Zoning Board :
of Appeals of the Town of Sturbridge, :
Massachusetts                        :
                                     :
           Defendants.               :
                                     :
------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Shelagh C.N. Michaud, an associate of Devine, Millimet & Branch, Professional Association, counsel to plaintiff Green Mountain Realty Corp. ("GMRC") and respectfully moves for the admission *pro hac vice* of Attorney Steven E. Grill to practice before this Court on behalf of GMRC. In support of his Motion, the undersigned states as follows:

1. Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, the federal bars of United States District Court for the District of New Hampshire, Southern District of New York, and Eastern District of New York, and is a partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

2. Attorney Steven E. Grill has been asked by GMRC to take the lead role in its representation in the above captioned action.

3. The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. As this action has just begun, GMRC has not sought the concurrence of the defendants pursuant to Local Rule 7.1 (A)(2).

5. The Declaration of Steven E. Grill in support of Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

**WHEREFORE**, Shelagh C.N. Michaud respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court *pro hac vice* in connection with all aspects of the above captioned action.

Respectfully submitted,

SHELAGH C.N. MICHAUD

DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION

Dated: February 11, 2004    By: _____
Shelagh C. N. Michaud, Esquire (BBO #647926)
111 Amherst Street, P.O. Box 719
Manchester, NH 03105 0719
(603) 669 1000

J:\wdox\docs\clients\14962\67890\M0552768.DOC

-2-