UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 FEB 11 P 2:40
U.S. DISTRICT COURT
DISTRICT OF MASS

------------------------------------x

Green Mountain Realty Corp.

          Plaintiff,

vs.

The Town of Sturbridge of Massachusetts, the
Zoning Board of Appeals of the Town of
Sturbridge, Massachusetts, and Ginger Peabody,
Theophile Beaudry, Mary Blanchard, Jeff Bonja,
Robert Cornoni, Patricia Jeffries and Gary Jeznach,
in their capacities as Members of the Zoning Board
of Appeals of the Town of Sturbridge,
Massachusetts

          Defendants.

------------------------------------x

CASE NO. 04-40021-MSG

## DECLARATION OF STEVEN E. GRILL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Steven E. Grill declares that:

1. I am a partner in the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, P.O. Box 719, Manchester, New Hampshire, 03104. My office telephone number is (603) 669-1000.

2. I certify that I am a member in good standing of the bar of the States of New Hampshire and New York and the district court bars of New Hampshire, New York, Eastern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3. I am not currently admitted in this district.

4.	I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.	I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.	For purposes of his case I have associated with local associate counsel, Shelagh C.N. Michaud, Esquire, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: 2/11/04

Steven E. Grill, Esquire

J:\wdox\docs\clients\14962\67890\M0552787.DOC