# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Green Mountain Realty Corp.

V.

**SUMMONS IN A CIVIL ACTION**

04 - 40021

CASE NUMBER:

The Town of Sturbridge of Massachusetts,
the Zoning Board of Appeals of the Town of Sturbridge,
Massachusetts, and Ginger Peabody, Theophile Beaudry,
Mary Blanchard, Jeff Bonja, Robert Cornoni,
Patricia Jeffries and Gary Jeznach, in their capacities
as Members of the Zoning Board of Appeals of the
Town of Sturbridge, Massachusetts

TO: (Name and Address of Defendant)

Gary Jeznach, as Member of the
Zoning Board of Appeals of the
Town of Sturbridge, Massachusetts
c/o Town Clerk
Town Hall
308 Main Street
Sturbridge, Massachusetts 01566

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

DATE _February 14, 2004_

BY DEPUTY CLERK

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

I hereby certify and return that on 01/29/2004 at 9:30pm I served a true and attested copy of the Summons in a Civil Action and Complaint, Exhibit A, Certification of No Appeal in this action in the following manner: To wit, by delivering in hand to LORRAINE MUKOWSKI, agent, person in charge at the time of service for GARY JECNACH at 308 MAIN ST, STURBRIDGE, MA. Fees: Service 30.00, Travel 00.00, Conveyance 1.50, Attest 5.00 & Postage and Handling 1.00, Total Fees: $40.11

Deputy Sheriff Ronald R Richard .

*Ronald Richard*

**Deputy Sheriff**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        *Date*

_____
*Signature of Server*

_____
*Address of Server*

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.