UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Green Mountain Realty Corp.                              :

          Plaintiff,                               :

   vs.                                                 :  **CASE NO. 04-CV-40021-FDS**

The Town of Sturbridge of Massachusetts, the            :
Zoning Board of Appeals of the Town of
Sturbridge, Massachusetts, and Ginger Peabody,          :
Theophile Beaudry, Mary Blanchard, Jeff Bonja,
Robert Cornoni, Patricia Jeffries and Gary Jeznach,     :
in their capacities as Members of the Zoning Board
of Appeals of the Town of Sturbridge,                   :
Massachusetts
                                  :

          Defendants.                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AGREEMENT FOR JUDGMENT

NOW COME the plaintiff, Green Mountain Realty Corp. and the defendants, The Town

of Sturbridge of Massachusetts, the Zoning Board of Appeals of the Town of Sturbridge,

Massachusetts, and Ginger Peabody, Theophile Beaudry, Mary Blanchard, Jeff Bonja, Robert

Cornoni, Patricia Jeffries and Gary Jeznach, in their capacities as Members of the Zoning Board

of Appeals of the Town of Sturbridge, Massachusetts (collectively the "defendants") and hereby

stipulate and agree that judgment may enter for the plaintiff in the form of the Order attached

hereto.  All parties waive all costs, fees and appeals in the above-captioned matter.

**GREEN MOUNTAIN REALTY CORP.**        **TOWN OF STURBRIDGE, et al.**

By its attorneys,                          By its attorneys,

_____
Steven E. Grill, Esquire              Date
Devine, Millimet & Branch, P.A.    10/7/04
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719
Telephone: (603) 669-1000

_____              Date 10/7/04
Joel B. Bard, Esquire
Patricia A. Cantor, Esquire
Town Counsel
Kopelman & Paige
31 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 556-0007

233320/28700/0041
J:\wdox\docs\clients\14962\67890\M0636167.DOC

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _Ochler 7, 2014_