UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-40021-FDS

| | |
|---|---|
| GREEN MOUNTAIN REALTY CORP.,<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF STURBRIDGE OF MASSACHUSETTS, THE ZONING BOARD OF APPEALS OF THE TOWN OF STURBRIDGE, MASSACHUSETTS, AND GINGER PEABODY, THEOPILE BEAUDRY, MARY BLANCHARD, JEFF BONJA, ROBERT CORNONI, PATRICIA JEFFRIES AND GARY JEZNACH, in their capacities as Members of the Zoning Board of Appeals of the Town of Sturbridge, Massachusetts,<br><br>Defendants | JOINT MOTION TO AMEND JUDGMENT AND ENTER NEW JUDGMENT |

The parties hereby move pursuant to Rule 60(a) of the F.R.Civ. P. that the Order and Judgment entered by the Court on October 12, 2004 be amended and vacated and that a new Order and Judgment be entered. As grounds for this Motion, the parties say that Exhibit A originally attached to the Order and Judgment incorrectly and inadvertently designated the location of the proposed telecommunications facility. The correct location is marked as "Original Location" on Exhibit A attached to the new Order and Judgment filed herewith. Wherefore, the parties move that the October 12, 2004 Order and Judgment be vacated and the Order and Judgment filed herewith be entered.

GREEN MOUNTAIN REALTY CORP.
By its attorney,

_/s/ Steven E. Grill_
Steven E. Grill
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, N.H. 03105-0719
(603) 669-1000

233794/STUR/0041

THE TOWN OF STURBRIDGE,
MASSACHUSETTS, ET AL.
By their attorneys,

_/s/ Joel B. Bard_
Joel B. Bard
Patricia A. Cantor
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____